UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| EUGENE LARON JOHNSON, | Civil No. 22-1976 (JRT/DTS) |
| Plaintiff, | |
| v. | ORDER |
| MCF-MOOSE LAKE, et al., | |
| Defendants. | |

---

Eugene Laron Johnson, OID# 228601, MCF Oak Park Heights, 5329 Osgood Avenue North, Stillwater, MN 55082-1117, *pro se* plaintiff.

United States Magistrate Judge David T. Schultz issued a Report and Recommendation dated October 9, 2022. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. The claims against Defendants Kristin Rish and MCF–Moose Lake within Plaintiff Eugene Laron Johnson's filing titled "42 U.S.C. 1983 Complaint," Dkt. No. 1 (Complaint), are **DISMISSED** without prejudice as frivolous.

2. The Complaint's claims against Defendant O.S.I. are **DISMISSED** without prejudice for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 8, 2022
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Court
